UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

CLIFTON CREWS HOYT,
Institutional ID No. 01989279

    Plaintiff,

v.

RICHARD VILLARREAL, *et al.*,

    Defendants.

No. 6:23-CV-00059-H

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this civil-rights complaint is dismissed without prejudice for want of prosecution.

Dated December 12, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge